IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

LAURIE WETCH,

    Plaintiff,                    No. CIV S-10-2746 EFB

vs.

FOCUS RECEIVABLES MANAGEMENT, LLC,

    Defendant.                  <u>ORDER</u>

_____ /

This case is before the undersigned pursuant to the consent of the parties. *See* 28 U.S.C. § 636(c); E.D. Cal. L.R. 305; Dckt. No. 10. On August 22, 2011, plaintiff filed a stipulation for dismissal of this action with prejudice. Dckt. No. 13. The stipulation was signed by all parties pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii). *Id.* In light of that stipulation, this case is dismissed with prejudice, each party to bear its own attorney fees and costs.

SO ORDERED.

DATED: September 20, 2011.

_____
EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE